NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VICTOR STANLEY, INC.,**
*Plaintiff-Appellee,*

v.

**CREATIVE PIPE, INC. AND MARK T. PAPPAS,**
*Defendants-Appellants,*

AND

**STEPHANIE E. PAPPAS AND
JOHN DOE (ALSO KNOWN AS FRED BASS),**
*Defendants.*

---

2012-1638

---

Appeal from the United States District Court for the District of Maryland in case no. 06-CV-2662, Senior Judge Marvin J. Garbis.

---

## ORDER

Upon consideration of the recent docketing of this appeal from the United States Court of Appeals for the Fourth Circuit,

IT IS ORDERED THAT:

VICTOR STANLEY, INC. v. CREATIVE PIPE, INC.                    2

The joint appendix is due on or before December 7, 2012.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s26